```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELINA LUNA,

                Plaintiff,

- against -          21 Civ. 00962 (LLS)

CAMPBELL SOUP COMPANY, ET AL.    ORDER

                Defendants.

    Plaintiff seeks to seal certain exhibits filed in connection with its Letter Motion to Compel. See Dkt. No. 44. Pursuant to Fed. R. Civ. P. 5.2(a), Exhibits 1, 6 and 10 may remain under seal. Plaintiff shall file duplicate copies of those Exhibits on the public docket with the sensitive information redacted.

    So Ordered.

Dated:    New York, New York
           March 30, 2022

                                        *Louis L. Stanton*
                                      LOUIS L. STANTON
                                          U.S.D.J.