MULHOLLAND MINION

**MEMO ENDORSED**

MULHOLLAND MINION DAVEY MCNIFF & BEYRER

374 HILLSIDE AVENUE • WILLISTON PARK, NY 11596
TEL: 516-248-1200 • FAX: 516-248-1225

200 PARK AVENUE, SUITE 1700 • NEW YORK, NY 10166
TEL: 646-354-6600

*MAIL TO WILLISTON PARK OFFICE

April 15, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/22

Via ECF
The Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Fidelina Luna v. Campbell Soup Company, Pepperidge Farm, Incorporated
and Stephen M. Kovatch
**Case No.: 1:21-CV-00962-LLS**
Date of Accident: April 24, 2019
Our File No.: 901-7883

So Ordered
Louis L. Stanton
4/18/22

Dear Judge Stanton:

In connection with the above-referenced matter, we represent Defendants, Campbell Soup Company, Pepperidge Farm, Incorporated and Stephen M. Kovatch.

We respectfully move the Court to have sensitive information contained in Court filings consisting of Exhibits that were filed on April 5, 2022 with our Letter Opposition (ECF #49), dated April 5, 2022, to Plaintiff's Letter Motion (43), dated March 23, 2022 remain under seal.

Some of those Exhibits contained sensitive information including dates of births and social security numbers, which should be redacted pursuant to FRCP Rule 5.2(a)(1), (2).

Today we contacted the Clerk of the Court and had the Exhibits containing the sensitive information placed under emergency seal.

The Exhibits that contain sensitive information are as follows:

(1) Exhibit #6, Defendant's Response to Plaintiff's Notice and Combined Demands (ECF #49-6) which contains some recorded statements containing dates of birth and social security numbers and Police Accident Report, which contains dates of birth and license numbers;

(2) Exhibit #9, Defendant's Response to Plaintiff's Notice for Discovery & Inspection (ECF #49-9) which contains copies of a license with a date of birth and license

number, a Medical Examiner's Certificate, which contains a license number, and written notations containing residential address;

(3)  Exhibit #10, Police Accident Report and Overlay (ECF #49-10), which contains dates of birth and license numbers; and

(4)  Exhibit #11, Transcript of Deposition of Defendant, Stephen M. Kovatch (ECF #49-11), which contains year of birth.

On behalf of Defendants, Campbell Soup Company, Pepperidge Farm, Incorporated and Stephen M. Kovatch, we respectfully request that the Court issue an order to have those Exhibits #'s 6(ECF #49-6), 9(ECF #49-9), 10(ECF #49-10), 11(ECF #49-11) pursuant to FRCP Rule 5.2(a)(1), (2) remain under seal.

We will refile the Exhibits #'s 6(ECF #49-6), 9(ECF #49-9), 10(ECF #49-10), 11(ECF #49-11) with the appropriate redactions.

Respectfully Submitted,

MULHOLLAND MINION DAVEY
McNIFF & BEYRER

JOHN L. MARSIGLIANO, ESQ. (JLM 1544)
Attorney for Defendants CAMPBELL SOUP COMPANY, PEPPERIDGE FARM, INCORPORATED AND STEPHEN M. KOVATCH

cc:  **Via ECF**
CHERNY & PODOLSKY, PLLC
Attorneys for Plaintiff
2681 East 14th Street
Brooklyn, New York 11235
Phone: (718) 449-5100

2