ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
...LED: 1/13/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIDELINA LUNA,

                Plaintiff,

  - against-

CAMPBELL SOUP COMPANY, STEPHEN M.
KOVATCH, and PEPPERIDGE FARM, INC.,

                Defendants.

---

21 Civ. 0962 (LLS)

ORDER

    The plaintiff shall provide its draft pre-trial order to defendants by Wednesday, April 5, 2023.

    The parties shall submit to the Court a Joint Pretrial Order prepared in accordance with this Court's Individual Practices section 4A by Monday, April 24, 2023.

    A final pretrial conference will be held Friday, April 28, 2023, at 2:30 PM.

    Parties may make all motions necessary to effectuate this scheduling order without requesting a pre-motion conference.

    So ordered.

Dated:    New York, New York
            January 13, 2023

                                    *Louis L. Stanton*
                                    LOUIS L. STANTON
                                        U.S.D.J.