ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELINA LUNA,

           Plaintiff,

- against-

CAMPBELL SOUP COMPANY, STEPHEN M.
KOVATCH, and PEPPERIDGE FARM, INC.,

           Defendants.

21 Civ. 0962 (LLS)

AMENDED SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/14/23

    Upon receiving the parties' third request to extend the deadlines in the schedule issued on April 5, 2023 for the submission of pre-trial materials and the final pre-trial conference, the Court sets the following, mandatory schedule:

    The parties shall submit to the Court a joint pre-trial order prepared in accordance with this Court's Individual Practices section 4A by October 20, 2023.

    The final pre-trial conference will be held on October 27, 2023 at 12:30 PM.

    Trial will begin on October 31, 2023.

    So ordered.

Dated:    New York, New York
           September 14, 2023

                                              *Louis L. Stanton*

                                               LOUIS L. STANTON
                                                  U.S.D.J.