ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  12/20/23
```

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-------------------------------------------------------------X

FIDELINA LUNA,

                Plaintiff,

-against-

CAMPBELL SOUP COMPANY, PEPPERIDGE
FARM, INCORPORATED and STEPHEN M.
KOVATCH,

                Defendants.
-------------------------------------------------------------X

Index No.: 1:21-CV-00962

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all parties to the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

    This stipulation may be executed in counterparts and facsimile signatures shall constitute original signatures.

    This stipulation may be filed without further notice.

Dated: Brooklyn, New York
         November 2, 2023

| CHERNY & PODOLSKY, PLLC | MULHOLLAND MINION DAVEY McNIFF & BEYRER |
|---|---|
| By: Kardon A. Stolzman, Esq. | By: Leon McNiff |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Fidelina Luna | Campbell Soup Company, Pepperidge Farm, |
| 2681 East 14th Street | Incorporated and Stephen M. Kovatch |
| Brooklyn, NY 11235 | 375 Hillside Avenue |
| File No.:10167 | Williston Park, New York 11596 |
| | Email: kmcniff@mmlaw.us.com |

So Ordered
Louis L. Stanton
12/20/23